(November 27, 1891.)

## CUNNINGHAM, COUNTY AUDITOR, v. MOODY, STATE AUDITOR.

### [35 Am. St. Rep. 269, 28 Pac. 395.]

TAXES FOR STATE PURPOSES—DEDUCTION FOR COLLECTING NOT AL-
LOWED.—All taxes levied and collected for state purposes must be
paid into the state treasury, without any deductions for commis-
sions or other charges.

FEES OF COUNTY AUDITOR—LAW REPEALED.—Such parts of section
1679 and subdivision 5 of section 2157 of the Revised Laws of
Idaho as relate to fees of the county auditor for services in con-
nection with the assessment and collection of taxes are repealed
by section 4, page 179 of the First Session Laws of Idaho.

(Syllabus by the court.)

C. M. Hays, for Plaintiff.

Silas W. Moody, *pro se.*

No briefs filed in the case.

MORGAN, J.—Petitioner asks the court for a writ of man-
date to compel the respondent to allow his account at the rate
of three per cent upon the sum of $149.96 belonging to the
state, and collected in Boise county, under section 1679, and the
fifth subdivision of section 2157 of the Revised Statutes of
Idaho. To the petition the respondent interposes a general de-
murrer. Section 4 of an act concerning fees and compensa-
tion of county officers (1st Sess. Laws Idaho, p. 179), so far
as it relates to the compensation of the auditor in the assess-
ment and collection of taxes, is as follows: "As the auditor, he
is allowed and may receive, when not otherwise provided by
law, fees as follows: For all services in connection with the as-
sessment and collection of taxes and other duties relating to
revenue, for each year, except licenses, ten cents per name."
Section 8 of the same act provides "that all acts and parts of
acts inconsistent with this act be, and the same are hereby, re-
pealed." Such parts of section 1679, and subdivision 5 of sec-
tion 2157 of the Revised Statutes, as relates to the fees of the

county auditor, are plainly inconsistent with the provisions of section 4 of the first Session Laws, as above quoted, and are therefore repealed. The auditor is allowed ten cents per name for all his services in connection with the assessment and collection of taxes, and no, more. All compensation due the county auditor, not chargeable to or received from other sources, is to be paid to him by the county. (See 1st Sess. Laws, p. 180, sec. 2161, subd. 10; Const., art. 18, sec. 7; *Hillard v. Shoshone Co.,* ante, p. 103, 27 Pac. 678.) All taxes levied and collected for state purposes must be paid into the state treasury, without any deduction for commissions or ot' charges. (Const., art. 7, sec. 7.) This section of the constitution is self-acting, and goes into effect without any legislation. The demurrer is sustained, and the petition dismissed, with costs awarded to respondent.

Sullivan, C. J., and Huston, J., concur.